IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| LARA G. ONESCHAK, | Case No. C08-5351 |
| Defendant. | |
| | ORDER OF DEFAULT JUDGMENT |

THIS MATTER having come on for consideration on the motion of the PLAINTIFF, and the Clerk having reviewed the records and files herein

Judgment is, therefore, hereby rendered in favor of Plaintiff, and as follows against Defendant Lara Oneschak:

| | |
|---|---|
| Principal | $6,407.14 |
| Prejudgment Interest to March 18,2008, at 8.02% per annum: | $  887.31 |
| TOTAL (As of March 18, 2008) | $7,294.45 |

1.    Interest shall continue to accrue at 8.02% per annum until entry of judgment on the principal amount of $6,407.14.

2.    Interest shall accrue on the total judgment amount after judgment at the legal rate until fully paid.

3.    The United States of America shall have and recover filing fees in the amount of $350.00.

ORDER OF DEFAULT - 1

1    4.    The United States of America shall have and recover docketing fees in the amount of

2    $20.00.

3

4           DATED this 15th day of JUNE, 2009.

5

6

7

8                                                    Bruce Rifkin

9                                                    Clerk, U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER OF DEFAULT - 2